```
RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION

| | |
|---|---|
| KKMI SAUSALITO, LLC, a California limited liability company, <br><br> Plaintiff, <br> vs. <br><br> THE VESSEL "SELF INFLICTED", her engines, rigging, sails, boats, tackle, apparel and furniture, No. 1064308, <br><br> Defendant. | Case No.: 4:19-cv-02850 KAW <br><br> IN ADMIRALTY <br><br> **WARRANT FOR ARREST OF VESSEL** |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: THE MARSHAL OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA-GREETINGS:

WHEREAS a Complaint to Enforce Maritime Lien has been filed in the United States District Court for the Northern District of California on May 23, 2019, by KKMI SAUSALITO, LLC against the vessel "SELF INFLICTED", Documentation Number 1064308, her engines, rigging, sails, boats, tackle, apparel and furniture in a cause of contract,

civil and maritime, in which the amount demanded is $43,252.13, plus legal interest, attorneys' fees and costs of suit, for the reasons and causes in said court demanded, and that all persons interested in said vessel, her rigging, engines, sails, boats, tackle, apparel and furniture, may be cited in general and special to answer the premises, and all proceedings being had that said vessel, her engines, rigging, sails, boats, tackle, apparel and furniture may for the cause of the said complaint mentioned, be condemned and sold to pay the demands of the plaintiff.

YOU ARE, THEREFORE, HEREBY COMMANDED, to arrest said vessel, her engines, rigging, sails, boats, tackle, apparel and furniture, to evict or put ashore all parties found thereon, and to secure and retain the same in your custody until further order of the court respecting the same.

Upon completion of attachment, make your return thereof, together with this Writ.

Dated: June 10, 2019



*Susan Y. Soong*

DEPUTY CLERK OF THE COURT

WARRANT FOR ARREST OF VESSEL - 2