UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KKMI SAUSALITO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE VESSEL "SELF INFLICTED",<br><br>　　　　　Defendant. | Case No. 19-cv-02850-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 25 |

On October 4, 2019, Plaintiff filed a motion for default judgment. (Dkt. No. 24.) On October 22, 2019, the Court ordered that if no opposition was filed, Plaintiff was to file a proposed order that "shall be structured as outlined in Attachment A below and include all relevant legal authority and analysis necessary to establish the case" by November 1, 2019. (Dkt. No. 25.)

As of the date of this order, Plaintiff has not filed the required proposed order. Accordingly, the Court ORDERS Plaintiff to show cause, by **November 19, 2019**, why its motion should not be denied by: (1) filing the required proposed order, and (2) explaining why Plaintiff failed to comply with the Court's order.

IT IS SO ORDERED.

Dated: November 13, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge